# DX1019

https://www.usatoday.com/story/money/shopping/2022/03/11/walmart-pizza-ice-cream-van-leeuwen/69901

H&H Favorites Google Google Patents The Hub Favorites

USA TODAY Don't miss out! $1 for 6 mon

USA TODAY

TAX SEASON
Reminders and tips

INVESTIGATION
Accounting firm antics !?

CORPORATE DIVERSITY
Checking claims

News Sports Entertainment Life [ Money ] Tech Travel Opinion




EXHIBIT
25
VAN LEEUWEN
6.22.2022